IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ARCH SPECIALTY INSURANCE COMPANY,**

    **Plaintiff,**

                                                **CASE NO.: 8:19-cv-1971-T-23SPF**

**v.**

**THE HIGHLANDS AT HUNTER'S GREEN
CONDOMINIUM ASSOCIATION, INC., ET AL.,**

    **Defendant.**
_____/

## ANSWER TO AMENDED COMPLAINT FOR DECLARATORY RELIEF

COMES NOW, Defendant, TRW, LLC ("TRW") and files this Answer to Amended Complaint for Declaratory Relief filed by Plaintiff and states as follows in response to each and every correspondingly numbered allegations of Plaintiff; any allegation not specifically admitted is hereby denied:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Without knowledge.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted

## TRW UNDERLYING ACTION

10. Admitted.
11. Admitted.
12. Admitted.

**COHAGEN UNDERLYING ACTION**

13. Without knowledge.

14. Without knowledge.

15. Without knowledge.

**ARCH INSURANCE POLICY**

16. Without knowledge.

17. Without knowledge.

18. Without knowledge.

19. Without knowledge.

20. Without knowledge.

21. Without knowledge.

**COUNT I**
**ACTION FOR DECLARATORY RELIEF AGAINST CLAIMS FOR BREACH OF CONTRACT, BREACH OF IMPLIED CONTRACT, AND BREACH OF IMPLIED COVENANT OF GOOD FAITH & FAIR DEALING**

22. Without knowledge.

23. Without knowledge.

24. Without knowledge.

25. Without knowledge.

26. Without knowledge.

27. Without knowledge.

28. Without knowledge.

**COUNT II**
**ACTION FOR DECLARATORY RELIEF AGAINST CLAIMS FOR DEFAMATION AND DEFAMATION PER SE**

29. Without knowledge.

30. Without knowledge.

31. Without knowledge.

32. Without knowledge.

33. Without knowledge.

34. Without knowledge.

35. Without knowledge.

36. Without knowledge.

## Notice of Intent to Claim Attorney's Fees and Costs

Defendant puts Plaintiff on Notice that it has been required to hire the undersigned attorneys and pay them a reasonable fee for their services and incur costs as a result of Plaintiff's actions and request an award of their fees and costs under any applicable contract, statute, rule or otherwise.

Respectfully submitted,

_____/s/_John Koda\_\_\_\_\_
John S. Koda, Esq.
Florida Bar #825905
John.Koda@BrickBusinessLaw.com
www.brickbusinesslaw.com
Brick Business Law, P.A.
3413 W. Fletcher Ave.
Tampa, FL  33618
Phone:  813-816-1816
Fax: 813-200-1032
Attorney for Defendant, TRW, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2020, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system upon all counsel of record.

/s/ John Koda
John S. Koda , Esq.
Florida Bar No.:  825905